**In re Philip D. FREEDMAN.**

**No. 2012–1211.**

United States Court of Appeals,
Federal Circuit.

Sept. 6, 2012.

Philip D. Freedman, Philip D. Freedman, P.C., of Lancaster, PA, argued for appellant.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Farheena Y. Rasheed, Associate Solicitor.

Before PROST, MOORE, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

